```
 1  Donnie R. Cox, Esq. SBN: 137950
    Dennis B. Atchley, Esq. SBN: 70036
 2  LAW OFFICE OF DONNIE R. COX
    402 North Nevada Street
 3  Oceanside, CA 92054-2025
    Telephone (760) 400-0263
 4  Facsimile  (760) 400-0269

 5  PAUL W. Leehey,  SBN: 92009                     JS - 6
    LAW OFFICE OF PAUL W. LEEHEY
 6  210 East Fig Street, Ste. 101
    Fallbrook, CA  92028-2002
 7  Telephone (760) 723-0711
    Facsimile  (760) 723-6533
 8
    ATTORNEY FOR PLAINTIFFS
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MILLIGAN and SARAH COLE)<br>                                           )<br>                Plaintiffs     )<br>                                           )<br>v.                                       )<br>                                           )<br>COUNTY OF ORANGE; ORANGE )<br>COUNTY SOCIAL SERVICES   )<br>AGENCY; KENDYL HICKS; PATTY )<br>FENOGLIO; COLLEEN HONCH; )<br>EDJA  KURTOVIC; PATRICK    )<br>JENISON ; MARK LOTTMAN;    )<br>JIM WALDRON and Does 2      )<br>through 50 Inclusive                )<br>                 Defendants   )<br>_____)<br>S.D., a minor, M.M., a minor, B.M., a )<br>minor, by and through their Guardian )<br>ad Litem, DANNY TRUITT         )<br>                                           )<br>                Plaintiffs     )<br>                                           )<br>v.                                       )<br>                                           )<br>COUNTY OF ORANGE; ORANGE )<br>COUNTY SOCIAL SERVICES   )<br>AGENCY; KENDYL HICKS; PATTY )<br>FENOGLIO; COLLEEN HONCH; )<br>EDJA  KURTOVIC; PATRICK    )<br>JENISON ; MARK LOTTMAN;    )<br>JIM WALDRON and Does 2      )<br>through 50 Inclusive                )<br>                 Defendants   )<br>_____)| CASE NO: **SACV10-1874 JVS (RNBx)**<br>(and consolidated case SACV 11-1693-JVS(RNBx)<br><br><br><br><br>ORDER OF DISMISSAL |

1        COMES NOW the Court, pursuant to the Joint Stipulation in Support of Dismissal
2 of Action, and upon good cause being shown, hereby orders that this action is hereby
3 dismissed, with prejudice, pursuant to FRCP 41(a)(1).
4
5 IT IS SO ORDERED.
6
7 DATED:  December 19, 2012
                                         _____
8                                        JAMES V. SELNA
                                         UNITED STATES DISTRICT JUDGE